IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Jason Daniel Ruppert | Debtor(s) | CHAPTER 13 |
|---|---|---|

NO. 20-02366 HWV

Nationstar Mortgage LLC d/b/a Mr. Cooper
Movant

vs.

Jason Daniel Ruppert & Charles J. DeHart, III Esq.

### DEBTORS ANSWER TO NATIONSTAR MORTGAGE LLC d/b/a/ Mr. Cooper's Motion for Relief from Stay

AND NOW, the Debtor, Jason Daniel Ruppert, by and through his attorney, Dawn Marie Cutaia of Fresh Start Law, PLLC, files this Answer and states the following:

1. Admitted.

2. Admitted.

3. Denied. Jack Zaharopoulos, Esquire is the Trustee appointed by the Court.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. No response required as this is a request for relief, but if a response is required it is Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court dismiss the Motion

for Relief.

Respectfully Submitted:

/s/ Dawn Marie Cutaia
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com
1701 W. Market Street
York PA 17401