UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jason Daniel Ruppert Debtor     BK. NO. 20-02366 HWV

Nationstar Mortgage LLC
d/b/a Mr. Cooper Movant
vs.
Jason Daniel Ruppert
and Jack N. Zaharopoulos, Esq

## OBJECTION TO CERTIFICATE OF DEFAULT

AND NOW, this 29th day of September, Debtor, by and through his attorney, Dawn Cutaia, files this Objection to the Certificate of Default field by Movant and in support thereof states the following:

1. Debtor has submitted a loan modification application and Counsel is assisting him.

2. Debtor believes the loan modification will cure all arrears if granted, otherwise he can cure the defaulted arrears before a hearing on this matter.

WHEREFORE, Debtor respectfully requests a hearing be scheduled in this matter.

Respectfully Submitted:

/s/ Dawn Cutaia
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com