IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Ruppert<br>Debtor | Chapter 13 |
| | 20-02366 |
| Jason Ruppert<br>Movant | |

**PRAECIPE TO WITHDRAW OBJECTION TO CERTIFICATE OF DEFAULT**

**TO THE CLERK:**

**Kindly withdraw the Objection filed by Debtor to the Certificate of Default.**

Date: 10/24/2022  Respectfully Submitted:

/s/ Dawn M. Cutaia
Supreme Court ID 77965
115 E. Philadelphia Street
York, PA 17401
717-304-1841
cutaialaw@gmail.com