# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON DANIEL RUPPERT  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS  
CHAPTER 13 TRUSTEE  
    Movant

CASE NO: 1-20-02366-HWV

JASON DANIEL RUPPERT

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 29, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 29, 2022, the Debtor(s) is/are $10,034.40 in arrears with a plan payment having last been made on Jun 09, 2021.

In accordance with said stipulation, the case may be dismissed.

    Respectfully Submitted,  
    /s/ Douglas R. Roeder, Esquire  
    for Jack N. Zaharopoulos, Trustee  
    8125 Adams Drive, Suite A  
    Hummelstown, PA 17036  
    Phone: (717) 566-6097

Dated: November 29, 2022

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JASON DANIEL RUPPERT          CHAPTER 13

       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant

CASE NO: 1-20-02366-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 29, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

DAWN MARIE CUTAIA, ESQUIRE      SERVED ELECTRONICALLY
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404-

JASON DANIEL RUPPERT      SERVED BY 1ST CLASS MAIL
720 FINKS DRIVE
YORK, PA 17404

United States Trustee
228 Walnut Street
Suite 1190      SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

                                          /s/ Matt Arcuri
                                          Office of the Standing Chapter 13 Trustee
                                          Jack N. Zaharopoulos, Trustee
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097
                                          eMail: info@pamd13trustee.com